IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| NEW HORIZON HOMES, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SHERI GEPP f/k/a SHERI D. KERN, ) <br> and BEAR PAW RENTALS, LLC, ) <br> Defendants. ) <br> ) | CIVIL ACTION NO. |

## NOTICE OF REMOVAL

COME NOW Defendants Sheri Gepp f/k/a Sheri D. Kern ("Gepp") and Bear Paw Rentals, LLC ("BPR")(collectively the "Defendants") pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, file this Notice of the Removal of an action filed in the Superior Court of Gilmer County, Georgia, on September 17, 2024, and provided to Defendants on December 16, 2024, showing the Court as follows:

### STATEMENT OF CASE

1.

Defendants attach as **Exhibit A** hereto a copy of the Summonses and Complaint filed by Plaintiff New Horizon, Inc. ("Plaintiff") in the Superior Court of Gilmer County, Georgia, filed on December 13, 2024, Civil Action No. SUCV2024000660.

{02925535-1 }

2.

On December, 16, 2024, Defendants were provided a copy of the Complaint and Summons service of which was acknowledged through counsel by an Acknowledgement of Service that was filed on January 10, 2025 in the Superior Court of Gilmer County and is attached as **Exhibit B**.

3.

To Defendants' knowledge, there have been no other pleadings filed in the state-court action except for a Special Appearance Answer, Defenses and Counterclaim of Defendants which is attached as **Exhibit C**, and likewise, Defendants are unaware of any motions or orders ever being filed in connection with this matter.

**DIVERSITY JURISDICTION UNDER 28 U.S.C. § 1332(a)**

4.

This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1332(a) because complete diversity of citizenship exists between Plaintiff and Defendants and more than $75,000.00, exclusive of interest and costs, is at stake.

5.

As alleged by Plaintiff in Paragraph 1 of the Complaint, it is a Georgia corporation with its principal place of business in Cobb County, Georgia.

{02925535-1 }

6.

As properly alleged by Plaintiff in Paragraph 2 of the Complaint, Gepp is an individual who resides in Florida at 12737 South Indian River Drive, Jensen Beach, St. Lucie County, Florida 34957.

7.

Likewise, as properly alleged by Plaintiff in Paragraph 3 of the Complaint, BPR is a Texas limited liability company with its principal place of business located in St. Lucie County, Florida. All of its members are residents of Florida.

8.

Based on the foregoing, complete diversity of citizenship exists between Plaintiff, on the one hand, and Defendants, on the other, under 28 U.S.C. § 1332.

9.

The amount in controversy exceeds the $75,000.00 threshold as Plaintiff claims at least $196,318.75 in damages. Specifically, Paragraph 13 of the Complaint asserts that Plaintiff requested payment from Gepp in the amount of $196,318.75.

**ALL PROCEDURAL REQUIREMENTS FOR REMOVAL ARE SATISFIED**

10.

Pursuant to 28 U.S.C. § 1446(a), a copy of all of the process, pleadings, orders, and documents from the Gilmer County Superior Court action which have been served upon Defendants are being filed with this Notice of Removal.

{02925535-1 }

11.

As required by 28 U.S.C. § 1446(b)(1), Defendants file this Notice of Removal within thirty (30) days of provision of the suit upon Defendants.

12.

Defendants are filing a copy of this Notice of Removal with the Superior Court of Gilmer County, Georgia, pursuant to 28 U.S.C. § 1446(d), attached hereto as **Exhibit D** and made a part hereof by reference.

This 15th day of January, 2025.

/s/ *Henry M. Quillian III*

| | |
|---|---|
| TAYLOR ENGLISH DUMA LLP<br>1600 Parkwood Circle<br>Suite 400<br>Atlanta, Georgia 30339<br>Phone: (770) 434-6868<br>Fax: (770) 434-7376<br>hquillian@taylorenglish.com<br>nmark@taylorenglish.com | Henry M. Quillian III<br>Georgia Bar No. 003160<br>Natalie Mark<br>Georgia Bar No. 578525<br><br>Counsel for Defendants |

{02925535-1 }

## LOCAL RULE 7.1 CERTIFICATE OF COMPLIANCE

I hereby certify that the Notice of Removal has been prepared in 14-point Times New Roman font in accordance with Local Rule 5.1(C).

/s/ *Henry M. Quillian III*
Henry M. Quillian, III
Georgia Bar No. 003160

{02925535-1 }

## CERTIFICATE OF SERVICE

This is to hereby certify that the foregoing **NOTICE OF REMOVAL** has been served upon counsel for the parties via U.S. First Class Mail addressed as follows:

O'Dell, O'Neal, Hungerford & Blanchard
Mr. Nicholas M. Booth, Esq.
506 Roswell Street, Suite 210
Marietta, GA  30060

This 15th day of January, 2025.

/s/ Henry M. Quillian III

| | |
|---|---|
| TAYLOR ENGLISH DUMA LLP<br>1600 Parkwood Circle<br>Suite 200<br>Atlanta, Georgia 30339<br>Phone: (770) 434-6868<br>Fax: (770) 434-7376<br>hquillian@taylorenglish.com<br>nmark@taylorenglish.com | Henry M. Quillian III<br>Georgia Bar No. 003160<br>Natalie Mark<br>Georgia Bar No. 578525<br><br>Counsel for Defendants |

{02925535-1 }