**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE DIVISION**

| | | |
|---|---|---|
| **NEW HORIZON HOMES, INC.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | **CIVIL ACTION FILE NO.** |
| **v.** | ) | **2:25-cv-00012-RWS** |
| | ) | |
| **SHERI GEPP f/k/a SHERI DAWN** | ) | |
| **KERN and BEAR PAW RENTALS,** | ) | |
| **LLC,** | ) | |
| | ) | |
| **Defendants.** | ) | |

---

### REQUEST FOR ORAL ARGUMENT ON MOTIONS

**COMES NOW**, NEW HORIZON HOMES, INC. ("Plaintiff"), and respectfully requests a hearing on all pending motions. Plaintiff shows that Nicholas M. Booth will conduct the oral argument on at least one substantial issue in the case. While Mr. Booth is not less than seven years out of law school, he's pretty close.

[SIGNATURE ON THE FOLLOWING PAGE]

-1-

Respectfully submitted this 13th day of February, 2025.

/s/ Nicholas M. Booth
Justin O'Dell
Georgia Bar No. 549414
Nicholas M. Booth
Georgia Bar No. 209998
Attorneys for Plaintiff
O'DELL, O'NEAL, HUNGERFORD, &
BLANCHARD
506 Roswell Street, Suite 210
Marietta, Georgia 30060
Telephone: (770) 405-0164
Fax: (770) 293-0007
Email: jbo@odelloneal.com
       nmb@odelloneal.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to counsel of record.

This 13th day of February, 2025.

> */s/ Nicholas M. Booth*
> Justin O'Dell
> Georgia Bar No. 549414
> Nicholas M. Booth
> Georgia Bar No. 209998
> Attorneys for Plaintiff
> O'DELL, O'NEAL, HUNGERFORD, & BLANCHARD
> 506 Roswell Street, Suite 210
> Marietta, Georgia 30060
> Telephone: (770) 405-0164
> Fax: (770) 293-0007
> Email: jbo@odelloneal.com
>          nmb@odelloneal.com

## CERTIFICATE OF COMPLIANCE

Pursuant to Rule 7.1(D) of the Local Rules of the Northern District of Georgia, the undersigned counsel for Defendants hereby certifies that the foregoing document was prepared in a font and point selection approved by this Court and authorized by Local Rule 5.1(C).

This 13th day of February, 2025.

/s/ Nicholas M. Booth
Justin O'Dell
Georgia Bar No. 549414
Nicholas M. Booth
Georgia Bar No. 209998
Attorneys for Plaintiff
O'DELL, O'NEAL, HUNGERFORD, & BLANCHARD
506 Roswell Street, Suite 210
Marietta, Georgia 30060
Telephone: (770) 405-0164
Fax: (770) 293-0007
Email: jbo@odelloneal.com
            nmb@odelloneal.com