**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE DIVISION**

| | | |
|---|---|---|
| **NEW HORIZON HOMES, INC.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | **CIVIL ACTION FILE NO.** |
| **v.** | ) | **2:25-cv-00012-RWS** |
| | ) | |
| **SHERI GEPP f/k/a SHERI DAWN** | ) | |
| **KERN and BEAR PAW RENTALS,** | ) | |
| **LLC,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**BRIEF IN OPPOSITION TO DEFENDANTS' MOTION TO ADD ADDITIONAL COUNTERCLAIM DEFENDANTS AND FOR LEAVE TO FILE FIRST AMENDED COUNTERCLAIM AGAINST THEM**

**COMES NOW**, NEW HORIZON HOMES, INC. ("Plaintiff"), and files this, their Brief in Opposition to Defendants' Motion to Add Additional Counterclaim Defendants and for Leave to File First Amended Complaint Against Them, and shows this Honorable Court the following:

For the purposes of judicial economy and so as not to exhaust the record or become repetitive, Plaintiff realleges, adopts, and incorporates the facts recited in Plaintiff's February 13, 2025 Motion for a More Definite Statement (Dkt. 8, pp. 1-3), Plaintiff's February 13, 2025 Motion to Dismiss or Stay Litigation and Compel

-1-

Arbitration (Dkt. 10, pp. 1-5), and Plaintiff's February 13, 2025 Motion to Stay Counterclaims (Dkt. 11, pp. 1-5) as if fully set forth herein.

Plaintiff objects to the addition of any counterclaim defendants and/or counterclaims against said proposed defendants in this case. As previously noted, Defendant Gepp's current counterclaim for misrepresentation against Plaintiff lacks reasonable specificity, all of the claims raised in this case are subject to arbitration which Plaintiff has consistently and repeatedly demanded, and Defendants have failed to comply with the Georgia Resolution of Construction Defects Act, OCGA §§ 8-2-35 *et seq.*, and therefore are not legally permitted to pursue their current counterclaims. It would be improper for Defendants to add additional parties and assert claims against those parties in a case which is subject to arbitration and in which Defendants are otherwise not permitted to pursue their counterclaims against the existing Plaintiff. Plaintiff shows that the addition of parties and/or counterclaims should be left, at least first, to the consideration of an arbitrator. For these reasons, Plaintiff respectfully requests that the Court deny Defendants' Motion to Add Additional Counterclaim Defendants and for Leave to File First Amended Complaint Against Them.

[SIGNATURE ON THE FOLLOWING PAGE]

-3-

Respectfully submitted this 18th day of February, 2025.

> ***/s/ Nicholas M. Booth***
> Justin O'Dell
> Georgia Bar No. 549414
> Nicholas M. Booth
> Georgia Bar No. 209998
> Attorneys for Plaintiff
> O'DELL, O'NEAL, HUNGERFORD, &
> BLANCHARD
> 506 Roswell Street, Suite 210
> Marietta, Georgia 30060
> Telephone: (770) 405-0164
> Fax: (770) 293-0007
> Email: jbo@odelloneal.com
>        nmb@odelloneal.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to counsel of record.

This 18th day of February, 2025.

/s/ Nicholas M. Booth
Justin O'Dell
Georgia Bar No. 549414
Nicholas M. Booth
Georgia Bar No. 209998
Attorneys for Plaintiff
O'DELL, O'NEAL, HUNGERFORD, &
BLANCHARD
506 Roswell Street, Suite 210
Marietta, Georgia 30060
Telephone: (770) 405-0164
Fax: (770) 293-0007
Email: jbo@odelloneal.com
nmb@odelloneal.com

-4-

-5-

## CERTIFICATE OF COMPLIANCE

Pursuant to Rule 7.1(D) of the Local Rules of the Northern District of Georgia, the undersigned counsel for Defendants hereby certifies that the foregoing document was prepared in a font and point selection approved by this Court and authorized by Local Rule 5.1(C).

This 18th day of February, 2025.

*/s/ Nicholas M. Booth*
Justin O'Dell
Georgia Bar No. 549414
Nicholas M. Booth
Georgia Bar No. 209998
Attorneys for Plaintiff
O'DELL, O'NEAL, HUNGERFORD, & BLANCHARD
506 Roswell Street, Suite 210
Marietta, Georgia 30060
Telephone: (770) 405-0164
Fax: (770) 293-0007
Email: jbo@odelloneal.com
nmb@odelloneal.com